1

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**

7                                **DISTRICT OF NEVADA**

8

9    TONY ISTRICE, *et al.*,                          )
                                                       )
10                          Plaintiffs,                )          3:11-CV-280-RCJ (VPC)
            v.                                         )
11                                                     )
     LYNDA MORTIN, *et al.*,                           )          ***ORDER***
12                                                     )
                            Defendants.                )
13   _____         )

14          Before the Court is the Report and Recommendation of the United States Magistrate Judge (#7)

15   ("Recommendation") entered January 24, 2012, in which the Magistrate Judge recommends that this

16   Court dismiss Plaintiffs' complaint.

17          No objection to the Report and Recommendation has been filed.

18                                      **I. DISCUSSION**

19          This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations

20   made by the magistrate." 28 U.S.C. § 636(b)(1).  Further, under 28 U.S.C. § 636(b)(1), if a party makes

21   a timely objection to the magistrate judge's recommendation, then this Court is required to "make a de

22   novo determination of those portions of the [report and recommendation] to which objection is made."[1]

23   Nevertheless, the statute does not "require[ ] some lesser review by [this Court] when no objections are

24   filed." Thomas v. Arn, 474 U.S. 140, 149–50 (1985).  Instead, under the statute, this Court is not

25   required to conduct "any review at all . . . of any issue that is not the subject of an objection." Id. at 149.

26   Similarly, the Ninth Circuit has recognized that a district court is not required to review a magistrate

27

28
            [1] For an objection to be timely, a party must serve and file it within 10 days after being served
     with the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C).

                                                  1

1    judge's report and recommendation where no objections have been filed. See United States v. Reyna-

2    Tapia, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court

3    when reviewing a report and recommendation to which no objections were made); see also Schmidt v.

4    Johnstone, 263 F.Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in Reyna-

5    Tapia as adopting the view that district courts are not required to review "any issue that is not the subject

6    of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then this Court

7    may accept the recommendation without review. See e.g., Johnstone, 263 F.Supp. 2d at 1226 (accepting,

8    without review, a magistrate judge's recommendation to which no objection was filed).

9          In this case, there have been no objections filed to the Magistrate Judge's Report and

10   Recommendation.    Although no objection was filed, this Court has reviewed the Report and

11   Recommendation (#7) and accepts it.  Accordingly,

12         IT IS HEREBY ORDERED that Plaintiffs' complaint is dismissed without prejudice.

13         IT IS SO ORDERED.

14         DATED: This 14TH day of June, 2012.

15

16

17                                         ROBERT C. JONES
                                           Chief District Court Judge
18

19

20

21

22

23

24

25

26

27

28